**Order entered October 13, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00403-CV

**PROFINITY, LLC, Appellant**

**V.**

**ONE TECHNOLOGIES, L.P., Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-03980-A**

## ORDER

We **GRANT** appellee/cross-appellant's unopposed October 9, 2014 motion to extend time to file brief and **ORDER** the brief be filed no later than November 20, 2014.  No further extensions will be granted absent exigent circumstances.

/s/    ADA BROWN
        JUSTICE